# Court of Appeals
# of the State of Georgia

ATLANTA,  February 13, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0224. MAMIE GREEN v. THE COLLECTION ZRS MANAGEMENT, LLC.**

On December 30, 2024, the Magistrate Court of Fulton County entered a writ of possession against Mamie Green.[1] Green filed an application for discretionary appeal on January 23, 2025, in which she challenges the court's order. We lack jurisdiction.

Pretermitting whether Green's application is timely, "the only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (citation and punctuation omitted). Thus, this Court may address magistrate court matters only if they already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990).

The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII. See also *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988); Court of Appeals Rule 11 (b).

---

[1] It appears on the face of the order that the writ of possession was to be executed on January 2, 2025.

Accordingly, this application is hereby TRANSFERRED to the Superior Court of Fulton County.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*  02/13/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*